IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02568-MSK-BNB

AUGUSTINE ESQUIBEL,

Plaintiff,

v.

COSTILLA COUNTY SHERIFF'S DEPARTMENT, and
JAMES CHAVEZ, individually,

Defendants.

_____

**ORDER**
_____

This matter arises on **Defendant Costilla County's Motion to Dismiss and to Stay Discovery** [Doc. # 9, filed 11/29/2010] (the "Motion"). The Motion was referred to me to the extent it seeks a stay.

The plaintiff filed a Response [Doc. # 11, filed 1/4/2011] stating that he "does not have any objections to the dismissal of the claims against Defendant Costilla County in this case." Id. at ¶1. The plaintiff's confession of the Motion renders the defendants' request for a stay moot.

IT IS ORDERED:

(1)     The Motion [Doc. # 9] is DENIED as moot insofar as it seeks a stay; and

(2)     In view of the plaintiff's confession of the Motion to dismiss Costilla County, the case caption is modified as indicated above to delete Costilla County as a defendant.

Dated January 13, 2011.

                                                   BY THE COURT:

                                                   s/ Boyd N. Boland
                                                   United States Magistrate Judge