IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02568-MSK-BNB

AUGUSTINE ESQUIBEL,

Plaintiff,

v.

COSTILLA COUNTY SHERIFF'S DEPARTMENT, and
JAMES CHAVEZ, individually,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion to Amend Complaint** [Doc. # 17, filed 1/13/2011] (the "Motion to Amend") and the **Stipulation for Dismissal *With Prejudice* of All Defendants Named in the Amended Complaint, Except Amos Medina . . . and James Chavez** [Doc. # 24, filed 2/3/2011] (the "Stipulation").

As postured, the Stipulation dismisses parties not yet allowed to be added to the action. The pleadings are left in a confusing state. Although I will grant the Motion to Amend, I will not accept for filing the Amended Complaint and Jury Demand [Doc. # 18]. Instead, the plaintiff is instructed to file, on or before **February 28, 2011**, an amended complaint that is consistent with the parties' agreement as reflected in the Motion to Amend and the Stipulation and which asserts claims only against Amos Medina (in his official capacity) and James Chavez (individually).

IT IS ORDERED:

(1)  The Motion to Amend [Doc. # 17] is GRANTED; and

(2)     The plaintiff shall file, on or before **February 28, 2011**, an amended complaint consistent with this order which asserts claims only against Amos Medina (in his official capacity) and James Chavez (individually).

Dated February 18, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge