IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02568-MSK-BNB

AUGUSTINE ESQUIBEL,

Plaintiff,

v.

COSTILLA COUNTY SHERIFF'S DEPARTMENT, and
JAMES CHAVEZ, individually,

Defendants.
_____

**ORDER**
_____

IT IS ORDERED that the Order to Show Cause [Doc. # 28] is DISCHARGED.

Dated March 4, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge