IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02568-MSK-BNB

AUGUSTINE ESQUIBEL,

Plaintiff,

v.

AMOS MEDINA, in his official capacity as Sheriff of the Costilla County Sheriff Department,
COSTILLA COUNTY SHERIFF'S DEPARTMENT, and
JAMES CHAVEZ, individually,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　　IT IS ORDERED that the **Motion to Excuse Defendant James Chavez From Appearance at Settlement Conference** [Doc. # 46, filed 7/25/2011] is GRANTED.


DATED:  July 26, 2011