**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  10-cv-02568-MSK-BNB

AUGUSTINE ESQUIBEL,

    Plaintiff,

v.

AMOS MEDINA, in His Official Capacity as Costilla County Sheriff, and
JAMES CHAVEZ, Individually,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER OF DISMISSAL [Docket No. 67] of Chief Judge Marcia S. Krieger entered on November 4, 2013 it is

    ORDERED that Plaintiff AUGUSTINE ESQUIBEL, recovers nothing, and the action is dismissed for failure to prosecute against the remaining Defendants AMOS MEDINA, in his official capacity as Costilla County Sheriff, and JAMES CHAVEZ, individually, and the case is closed.

    Dated at Denver, Colorado this 6th day of November, 2013.

                                            FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                            By: s/Edward P. Butler
                                            Edward P. Butler, Deputy Clerk